TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>$71,560.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. 2:21-cv-5153<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>21 U.S.C. § 881(a)(6)<br><br>[F.B.I.] |

      Plaintiff United States of America brings this claim against defendant $71,560.00 in U.S. Currency, and alleges as follows:

## JURISDICTION AND VENUE

1. The government brings this <u>in rem</u> forfeiture action pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(a).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendant is $71,560.00 in U.S. Currency (the "defendant currency") seized on or about July 5, 2018, during a traffic stop near the intersection of Spectrum Center Drive and Pacifica, in Irvine, California, from the purse of Roseanna Lizett Garcia ("Garcia") and a 2016 Toyota Camry ("Camry") driven by Joel Antonio Villegas ("Villegas") and registered to Cynthia Villegas Maldonado.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Villegas, Garcia, and Maldonado may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8. In March 2017, the Federal Bureau of Investigation and Drug Enforcement Administration began to jointly investigate Villegas and his drug trafficking organization ("DTO"). It was determined that members of the Villegas DTO were importing drugs from Mexico, purchasing drugs in the United States from various sources of supply and distributing the drugs throughout the United States. Since at least 2015, Villegas used vehicles with hidden compartments, or "traps," to distribute drugs from the Los Angeles area to various other cities throughout the United States.

9. On July 4, 2018, Villegas was heard, via a court-ordered wiretap, talking to Garcia about accompanying Villegas to San Diego on DTO-related business the

following day.

10. On July 5, 2018, law enforcement investigators conducting physical surveillance on Villegas saw Garcia and Villegas enter Villegas's car in Bellflower, California and drive toward San Diego, California. Surveillance units later saw Villegas and Garcia arrive at the Fashion Valley Mall in San Diego. While there, surveillance units saw a white BMW X5 park near the Camry. An unknown man exited the BMW, retrieved a plastic bag from the trunk, and approached the Camry. The unknown man handed Villegas the plastic bag, returned to the BMW, and drove away from the Fashion Valley Mall. Surveillance followed Villegas and Garcia as they traveled back to the Los Angeles area.

11. Investigators conducted a traffic stop on the Camry for California Vehicle Code violations near the intersection of Spectrum Center Drive and Pacifica, in Irvine, California.

12. The investigators identified Villegas as the driver and Garcia as the only passenger of the vehicle.

13. During a consensual search of the Camry, investigators found two duct-taped packages in Garcia's purse and one duct-taped package in a natural void in the Camry. In total, the packages contained $71,560.00 in U.S. currency (<u>i.e.</u>, the defendant currency).

14. A sophisticated trained, state certified narcotics detection K-9 alerted to the scent of a controlled substance on the defendant currency.

15. During the traffic stop, Garcia told investigators that Villegas traveled to San Diego to pick up money from his business partner. Villegas denied that he had traveled to San Diego that day to pick up money from anyone. Villegas told officers that he intended to use the money to buy a car.

16. On September 24, 2019, a Grand Jury in this District returned an Indictment charging Villegas with multiple violations of the Controlled Substances Act. *See United States of America v. Joel Antonio Villegas, et al.,* 19-CR 00568 AB.

3

17. Based on the facts set forth above, plaintiff alleges that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), because the defendant currency was furnished or intended to be furnished in one or more exchanges for a controlled substance or listed chemical, represents or is traceable to proceeds of illegal narcotics trafficking, or was used or intended to be used to facilitate one or more exchanges of a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 *et seq*.

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: June 24, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　/s/ *Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, Christopher D. Velazquez, hereby declare that:

1. I am a Special Agent with the Federal Bureau of Investigation and the case agent for the forfeiture matter entitled <u>United States of America v. $71,560.00 in U.S. Currency</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 23rd, 2021 in Orange, California.

CHRISTOPHER D. VELAZQUEZ
Special Agent -FBI