1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  JONATHAN GALATZAN (Cal. Bar No. 190414)
   Assistant United States Attorney
6  Asset Forfeiture Section
        1400 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:  (213) 894-2727
        Facsimile:  (213) 894-0142
9       E-mail:     Jonathan.Galatzan@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-5153 |
|---|---|
| Plaintiff, | |
| v. | **WARRANT** |
| $71,560.00 IN U.S. CURRENCY, | |
| Defendant. | |

TO: UNITED STATES MARSHALS SERVICE:

A complaint having been filed in this action,

IT IS ORDERED that you attach $71,560.00 IN U.S. CURRENCY, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: _____

                          KIRY K. GRAY, Clerk of Court

                          _____
                          Deputy Clerk